UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXHIBIT A

ANTONIO GARCIA, *individually and on behalf of others similarly situated,*

              *Plaintiff,*

-against-

THE MANOR HOUSE CELLAR, INC. (d/b/a THE MANOR HOUSE CELLAR), MAHADEV INC. (d/b/a NORTH VILLAGE WINES AND LIQUORS), PRADEEP MASSAND, LAKSHMI MASSAND, and KAMAL GUPTA,

              *Defendants.*

10-CV-5244 (JSR)(GWG)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/11

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that Plaintiff's Complaint and any and all claims that were or could have been asserted in this action are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Date: New York, New York
      January 24, 2011

_____  1-14-11
Andrew A. Kimler
Avrohom Y. Gefen, Esq.
VISHNICK, MCGOVERN, MILIZIO LLP
3000 Marcus Avenue, Suite #1E9
Lake Success, NY 11042
Tel.: 516.437.4385

Attorneys for Defendants

_____
Michael A. Faillace, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
110 East 59th Street, 32nd Floor
New York, NY 10022
Tel.: 212.317.1200

Attorneys for Plaintiff

**SO ORDERED:**

_____
U.S.D.J.
1-28-11